**FILED**

07/07/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0442

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0442

_____

WILLIAM SCOTT ROGERS, individually
and on behalf of all other similarly situated,

      Plaintiffs and Appellees,

  v.

O R D E R

LEWIS & CLARK COUNTY,

      Defendant and Appellant.

_____

      This cause, which was previously classified for submission on briefs to a five-justice panel, is hereby reclassified for submission to the Court sitting en banc.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Christopher Abbott, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 7 2022